THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LATISHA SANDERS | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-392-SDJ-BD |
| | § | |
| FRANK BISIGNANO, | § | |
| *Commissioner, United States Social* | § | |
| *Security Administration* | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #16), that the Commissioner's decision be reversed and Plaintiff's case be remanded.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner's decision is **REVERSED** and Plaintiff's case is **REMANDED** to the Commissioner for further proceedings consistent with the report and recommendation of the Magistrate Judge.

So ORDERED and SIGNED this 29th day of September, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE